Exhibit "G"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

       v.

DAVID M. MOBLEY, SR.; MARICOPA INVESTMENT FUND,
LTD.; MARICOPA INDEX HEDGE FUND, LTD; MARICOPA
FINANCIAL CORPORATION; ENSIGN TRADING
CORPORATION; MARICOPA INTERNATIONAL
INVESTMENT CORP. d/b/a MARICOPA INVESTMENT CORP.;
and IAM INC.,

                    Defendants,
                  and

MARICOPA ECLIPSE PARTNERS, LTD.; MARICOPA
OVERSEAS LTD.; EPWORTH FINANCIAL, LTD.; MARICOPA
CAPITAL MANAGEMENT L.C.; MOBLEY TRADING &
INVESTMENT CORP.; and D. MOBLEY INCORPORATED,

                  Relief Defendants.

-------------------------------------------------------------------x

No. 00 Civ. 1316 (CM)

COMMODITY FUTURES TRADING COMMISSION,

                  Plaintiff,

      v.

DAVID M. MOBLEY, SR.; MARICOPA INVESTMENT FUND,
LTD.; MARICOPA INDEX HEDGE FUND, LTD; MARICOPA
FINANCIAL CORPORATION; ENSIGN TRADING
CORPORATION; MARICOPA INTERNATIONAL
INVESTMENT CORP. d/b/a MARICOPA INVESTMENT CORP.;
and IAM INC.,

                  Defendants,
                and

MARICOPA ECLIPSE PARTNERS, LTD.; MARICOPA
OVERSEAS LTD.; EPWORTH FINANCIAL, LTD.; MARICOPA
CAPITAL MANAGEMENT L.C.; MOBLEY TRADING &
INVESTMENT CORP.; and D. MOBLEY INCORPORATED,

                  Relief Defendants.

-------------------------------------------------------------------x

No. 00 Civ. 1317 (CM)

**ORDER APPROVING RECEIVER'S FINAL REPORT AND
AUTHORIZING FINAL DISTRIBUTION TO INVESTORS**

**Colleen McMahon, United States District Judge:**

This matter came before the Court on the Receiver's Final Report and Proposed Final Distribution to Investors (the "Final Report"), dated August ___, 2008, filed by Otto G. Obermaier, Esq., the receiver ("Receiver") for David M. Mobley, Sr., Maricopa Investment Fund, Ltd. ("MIF"), Maricopa Index Hedge Fund, Ltd. ("MIHF"), Maricopa Financial Corporation ("MFC"), Ensign Trading Corporation ("Ensign"), Maricopa International Investment Corp. d/b/a Maricopa Investment Corp., I AM, Inc., Maricopa Eclipse Partners, Ltd., Maricopa Overseas Ltd., Epworth Financial, Ltd., Maricopa Capital Management L.C., Mobley Trading & Investment Corp., and D. Mobley Incorporated (collectively, the "Defendants"); notice of the Final Report having been given to Mobley, the SEC,[1] and the CFTC; such notice is proper and sufficient, and no other or further notice of the Final Report is necessary or required; and the Court having reviewed the Final Report; it is hereby

ORDERED, that the Final Report is hereby approved; and it is further

ORDERED, that the Receiver is authorized to deduct the amount of $70,000.00 from the account of MIIC, as and for the Allocated Funds, for such purposes as specified in the Final Report; and it is further

ORDERED, that the Unreconciled Claims listed on Exhibit "D" of the Final Report are hereby disallowed and expunged in their entirety; and it is further

ORDERED, that the Duplicate Claims listed on Exhibit "E" of the Final Report are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Receiver is authorized to make the Final Distribution in accordance with the Distribution Procedures set forth in the First Interim Distribution Motion

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Final Report.

and utilized with respect to each of the previous eight Interim Distributions, and in the amounts as set forth in the Final Report; it is further

ORDERED that the Receiver is authorized to withhold and re-distribute the Retained Distributions for the benefit of holders of Reconciled Claims in the respective Defendant fund account; it is further

ORDERED that the form of Final Correspondence is approved, and the Receiver is authorized to send the Final Correspondence as discussed in the Final Report; it is further

ORDERED that the Receiver is authorized to file Articles of Dissolution with the State of Florida for MIF, MFC, MIHF, and MIIC, and with the Belize government for Ensign, as and when each Defendant's assets have been liquidated either through the Final Distribution, or the funding of the Allocated Funds; it is further

ORDERED that the Receiver is authorized to maintain the Public Depository and pay all costs incidental thereto pending the entry of an order of this Court (i) closing this Receivership and (ii) authorizing the Receiver to destroy the documents held in the Public Depository; it is further

ORDERED that the Receiver, Weil, Gotshal & Manges LLP and Deloitte & Touche, LLP are authorized to destroy all records relating to the Receivership upon the passage of one (1) year from the Order to be entered; it is further

ORDERED that the Receiver is authorized to remit any Unclaimed Funds to the State of Florida; it is further

ORDERED that the Receiver shall be fully discharged of his duties and responsibilities in these cases, upon the entry of a final order closing these cases, and shall be fully relieved of any and all liability in his capacity as Receiver, and it is further

ORDERED, that this Court retains jurisdiction to interpret and enforce this Order.

Dated:   New York, New York
         September 2, 2008

_____
Colleen McMahon
United States District Court Judge

**Submitted by:**
Debra A. Dandeneau, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0019
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

**Copies to:**
Debra A. Dandeneau, Esq.
Attorney Dandeneau is instructed to serve a conformed copy of this Order upon all interested parties immediately upon receipt and to file a certificate of service.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

    v.

DAVID M. MOBLEY, SR.; MARICOPA INVESTMENT FUND, LTD.; MARICOPA INDEX HEDGE FUND, LTD; MARICOPA FINANCIAL CORPORATION; ENSIGN TRADING CORPORATION; MARICOPA INTERNATIONAL INVESTMENT CORP. d/b/a MARICOPA INVESTMENT CORP.; and IAM INC.,

              Defendants,

              and

MARICOPA ECLIPSE PARTNERS, LTD.; MARICOPA OVERSEAS LTD.; EPWORTH FINANCIAL, LTD.; MARICOPA CAPITAL MANAGEMENT L.C.; MOBLEY TRADING & INVESTMENT CORP.; and D. MOBLEY INCORPORATED,

              Relief Defendants.

No. 00 Civ. 1316 (RCC)

------------------------------------------------------------------------x

COMMODITY FUTURES TRADING COMMISSION,

              Plaintiff,

    v.

DAVID M. MOBLEY, SR.; MARICOPA INVESTMENT FUND, LTD.; MARICOPA INDEX HEDGE FUND, LTD; MARICOPA FINANCIAL CORPORATION; ENSIGN TRADING CORPORATION; MARICOPA INTERNATIONAL INVESTMENT CORP. d/b/a MARICOPA INVESTMENT CORP.; and IAM INC.,

              Defendants,

              and

MARICOPA ECLIPSE PARTNERS, LTD.; MARICOPA OVERSEAS LTD.; EPWORTH FINANCIAL, LTD.; MARICOPA CAPITAL MANAGEMENT L.C.; MOBLEY TRADING & INVESTMENT CORP.; and D. MOBLEY INCORPORATED,

              Relief Defendants.

No. 00 Civ. 1317 (RCC)

------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE